RECEIVED
SDNY PRO SE OFFICE

2022 JUL 14 PM 3:28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RAPHAEL JACKSON,
                  Petitioner,

            MOTION REQUESTING
            STAY OF PROCEEDING

-against-

22 Civ. 3357 (LGS)(SN)

MICHAEL CAPRA, Superintendent,
                  Respondent.
----------------------------------------X

By August 3, 2022, the Respondent shall file a response, including whether it consents to the stay. So Ordered.

Dated: August 1, 2022
New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

    PLEASE TAKE NOTICE that I, Raphael Jackson, is the Petitioner in the above captioned proceeding. In pursuant to the Local Rules of this Court I am respectfully submitting this Motion Requesting for the proceedings before the Court be Held in Abeyance so that Petitioner may have the opportunity to fully litigate claim(s) of ineffective assistance of Trial Counsel in New York State Supreme Court. Such claim(s) are unexhausted in state court where remedy is still available to Petitioner.

    Petitioner submitted this petition under 28 U.S.C. §2254 dated April 12, 2022, where Petitioner affirms the filing of other "... motions concerning this judgment of conviction in any state court...," specifically C.P.L. §440.10 dated February 7, 2022. This C.P.L. §440.10 Motion is still pending in state court. A response by the People and reply to the response has all been file before the court.

Petitioner requests the proceeding to be held in abeyance until the pending motion is resolved completely, and should an unfavorable outcome result from the motion, Petitioner be allowed to amend the original petition that is before the court.

Petitioner would like to point out the fact of no answer as of yet has been filed by the Respondent, and not other request regarding this matter has been requested.

Petitioner respectfully requests for the Court to Grant this request so that all claim(s) exhausted in state court can be before this Court at the same time. Petitioner prays for the relief requested and any other further relief the Court may deem just and proper.

                    Respectfully Requested,

                    *Raphael Jackson* (signature)
                    RAPHAEL JACKSON, #17-A-0264 Pro Se
                    Sing Sing Correctional Facility
                    354 Hunter Street
                    Ossining, New York  10562

CC: FILE / RJ
DATED: JULY 11, 2022
WESTCHESTER, NEW YORK



Mr. Raphael Jackson #17-A-0264
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

Pro Se Intake Unit
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, New York 10007

LEGAL MAIL

RECEIVED SDNY PRO SE OFFICE 2022 JUL 14 PM 3:14
RECEIVED SDNY PRO SE OFFICE 2022 JUL 14 PM 3:14