UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/2023
```

RAPHAEL JACKSON,

                Petitioner,

     -against-

MICHAEL CAPRA,

                Respondent.

-----------------------------------------------------------------X

22-CV-03357 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On August 12, 2022, the Court granted a stay in this matter for Petitioner to exhaust additional claims in state court. The Court directed Petitioner to file a status letter with the Court within 30 days of a final decision on Petitioner's CPL § 440.10 motion. Given the passage of time, the Court directs Petitioner to provide any updates he may have on his CPL § 440.10 motion. Petitioner may file this letter by May 2, 2023. To the extent Respondent has information, he may submit a letter as well.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 18, 2023
               New York, New York