UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAPHAEL JACKSON,

                               Petitioner,                        22-CV-03357 (LGS)(SN)

      -against-                                         **ORDER**

MICHAEL CAPRA,

                              Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Petitioner filed his amended petition on June 9, 2023. Accordingly, Respondent may respond by August 5, 2023.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      July 17, 2023
                  New York, New York