```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAPHAEL JACKSON,

                                Petitioner,                      22-CV-03357 (LGS)(SN)

       -against-                                                    **ORDER**

MICHAEL CAPRA,

                                Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Petitioner's request to hold this proceeding in abeyance so that he may submit a motion for re-argument before the Appellate Division is GRANTED. Petitioner shall notify the Court of the status of this motion by no later than October 2, 2023. Respondent's deadline to respond to the petition is adjourned until further order of the Court. See ECF No. 28.

       Respondent is requested to confirm with the Warden or other official in charge of the Green Haven Correctional Facility that Petitioner is granted regular access to the law library. To the extent Petitioner is requesting "special access," that request is DENIED.

       The Clerk of Court is requested to terminate the motion at ECF No. 30.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      August 29, 2023
                New York, New York