UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAPHAEL JACKSON,

                            Petitioner,                    22-CV-03357 (LGS)(SN)

      -against-                                               **ORDER**

MICHAEL CAPRA,

                            Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On September 20, 2023, Petitioner filed a letter, which the Court has reviewed. ECF No. 32. In that letter, Petitioner referenced a previous letter dated September 12, 2023. The Court did not receive a September 12, 2023 letter, and respectfully requests that Petitioner resubmit it.

Attached to Petitioner's September 20, 2023 letter are two grievances. In those grievances, Petitioner alleges that Green Haven Correctional Facility has unconstitutionally limited his access to counsel and the law library. To the extent Petitioner seeks to challenge that denial of access, he must seek such relief in a new civil action. Before filing such an action, he must exhaust his administrative remedies fully. See Ross v. Blake, 578 U.S. 632, 638 (2016) (explaining that the PLRA's "language is 'mandatory': An inmate 'shall' bring 'no action' . . . absent exhaustion of available administrative remedies") (citation omitted).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
                September 26, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2023