UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAPHAEL JACKSON,

                        Petitioner,

      -against-

MICHAEL CAPRA,

                        Respondent.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2025

22-CV-03357 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The Court received respondent's letter regarding the status of petitioner's appeal of the denial of his CPL § 440.10 motion. The parties are ORDERED to file a letter further updating the Court on the status of the CPL § 440.10 motion by April 1, 2026, or within one week of a decision from the Appellate Division, whichever comes sooner.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     October 7, 2025
                New York, New York