USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**RAPHAEL JACKSON,**

**Petitioner,**

**-against-**

**MICHAEL CAPRA,**

**Respondent.**

---------------------------------------------------------------X

**22-CV-03357 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties are ORDERED to file a letter further updating the Court on the status of the CPL § 440.10 motion by December 1, 2026, or within one week of a decision from the Appellate Division, whichever comes sooner.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 2, 2026
New York, New York